**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOMONICK PRYOR,<br><br>          Plaintiff,<br><br>      v.<br><br>JOHN DOE, et al.,<br><br>          Defendants. | Case No. EDCV 14-2584-DDP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

    IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice.

DATED: July 23, 2015        _____
                                       HONORABLE DEAN D. PREGERSON
                                       UNITED STATES DISTRICT JUDGE