JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOMONICK PRYOR,<br><br>            Plaintiff,<br><br>    v.<br><br>JOHN DOE, et al.,<br><br>            Defendants. | Case No. EDCV 14-2584-DDP (KK)<br><br>**JUDGMENT** |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: July 23, 2015_____

_____
HONORABLE DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE